# MADISON PARISH.

### David Mayer vs. H. W. Peck, Sheriff, et al.

Mayo, J. Where a merchant furnishes supplies to a planter, who employs a number of hands to work his plantation, to whom said supplies are delivered in quantities needed by them, the merchant's privilege will affect the crop of each laborer, although he have no special contract with him. The supplies are furnished to the plantation and affect the whole crop.

### Caroline Goldberg vs. Doll & Murphy.

Farmer, J. Where a plea to the jurisdiction of a court, *ratione materiæ*, is made and expressly overruled, the decision of that question becomes *res judicata* before all courts.

2. Where a *fi. fa.* is issued from a justice of the peace court on a judgment rendered therein, and property worth $550 is seized and a third opponent, who claims to own the seized property, goes before the justice of the peace and obtains an injunction against the sale of said property, any judgment rendered by said justice of the peace in said injunction suit is absolutely null and void for want of jurisdiction. Third opponent should have gone into the District Court. 23 An. 608; 10 Wallace, 26.

3. A third opposition, claiming the ownership of the property, is a separate and distinct suit. C. P. 398; 7 M. 436; 6 R. 427; 9 R. 302; 12 R. 519; 1 An. 310; 11 An. 525; 15 An. 136; 23 An. 608.

### S. B. McClellan vs. Ely Garnier.

Farmer, J. Where a merchant has, for several years, advanced supplies to an agent of a planter, the burden is on the planter to notify the merchant that his relations with his agent have ceased, and that he is no longer responsible for supplies advanced. Story on Agency, 55, 470; 21 An. 342.